UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BENJAMIN LAMZOT,

                  Plaintiff,

        -against-                          04 Civ. 6719 (LAK)

WILLIAM PHILLIPS, etc., et al.,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED #: 2/6/09]

## CORRECTED ORDER

LEWIS A. KAPLAN, *District Judge.*

        No objections to the report and recommendation of Magistrate Judge Michael H. Dolinger having been filed, defendants' motion for summary judgment is denied.

        SO ORDERED.

Dated:      February 6, 2009

                                                    Lewis A. Kaplan
                                          United States District Judge